Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
IMAN HATAMI

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IMAN HATAMI,<br><br>    Plaintiff,<br><br>v.<br><br>SEALS & TENENBAUM, A PROFESSIONAL CORPORATION, a California corporation; and JAY MICHAEL TENENBAUM, individually and in his official capacity,<br><br>    Defendants. | Case No. C07-06093-MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>AND ORDER |

  COMES NOW the Plaintiff, IMAN HATAMI, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, IMAN HATAMI, hereby dismisses, without prejudice, all claims made by him against Defendants, SEALS & TENENBAUM, A PROFESSIONAL CORPORATION, and JAY MICHAEL TENENBAUM, in his Complaint filed herein on December 3, 2007.

*IT IS SO ORDERED*
*[signature] Judge Martin J. Jenkins*
*2/5/2008*

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
  Fred W. Schwinn, Esq.
  Attorney for Plaintiff
  IMAN HATAMI

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE  Case No. C07-06093-MJJ